ment as entered to the sum of $5,177.70, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

ROSE BRENNAN, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.— (No. 16023.) Judgment affirmed, with costs. Martin, P. J., dissents and votes to reverse and dismiss the complaint. (No. 16024.) Order unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 354 FOURTH AVENUE, INC., Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. [354–360 Fourth Ave., Borough of Manhattan.] — Considering all the relevant factors, we find that no reduction of the assessments for the year 1932 was warranted by the proof. The order appealed from is unanimously reversed, with $20 costs and disbursements to the appellants and the assessments of the Board of Taxes and Assessments of the City of New York confirmed. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WORKERS COLONY CORPORATION, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [2700–2800 Bronx Park East, Borough of Bronx.] — Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Martin, P. J., dissents and votes to reverse and reinstate the assessments of the Board of Taxes and Assessments of the City of New York.

A. E. F.'s, INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and deny the motion to dismiss on the ground that the complaint on its face states a cause of action. [185 Misc. 812.]

A. E. F.'s., INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— Order unanimously affirmed, with disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [185 Misc. 812.] [See 270 App. Div. 754.]

FOX FEATURE SYNDICATE, INC., Respondent, v. HOLYOKE PUBLISHING COMPANY, INC., et al., Defendants, and SAMUEL JACOBS, as Trustee in Bankruptcy of FOX PUBLICATIONS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SEVEN ELEVEN FIFTH AVENUE, INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [705–711 Fifth Ave., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.

IMMACULATE VARRICHIO, Appellant, v. G. PHILLIP SCHMITT, Respondent.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ. [185 Misc. 355.] [See 270 App. Div. 760.]